George Bowman, Appellant, *v.* Jacob Travis, impleaded, etc., Respondent.

(Argued March 8, 1873; decided June term, 1873.)

This was an action brought to recover for professional services as attorney and counselor, rendered by plaintiff. Defend-

ant Travis alone defended. He and defendant Mersereau were tenants in common of a farm on Staten Island, occupied by defendant Watson as their tenant. The latter, in obedience to an order of Mersereau, moved a division fence between the farm and the adjoining one, owned by one Winants, a few feet on land claimed by the latter, who thereupon brought ejectment against Watson. Mersereau directed Watson to employ a lawyer to defend the action, who employed plaintiff. Mersereau informed Travis of the bringing of the action, and suggested the employment of plaintiff. Travis refused to employ or sanction his employment. The ejectment suit was subsequently settled. *Held*, that defendant Travis was in no way responsible for the wrong committed by Watson, and was not liable to plaintiff for defending the suit which grew out of it, and that the complaint was rightfully dismissed as to him.

*George W. Miller* for the appellant.

*Wilson M. Powell* for the respondent.

GRAY, C., reads for affirmance.
All concur; REYNOLDS, C., not sitting.
Judgment affirmed.